JAMES DAIRE (S.B.N. 239637)
REED LYON (S.B.N. 288361)
YELP INC.
350 Mission St. 10th Floor
San Francisco, CA 94105
Telephone: (415) 908-3801
Facsimile: (415) 615-0809
Email:       jdaire@yelp.com
Email:       reedlyon@yelp.com

Attorneys for Plaintiff
YELP INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP INC, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>REVIEWVIO INC, d/b/a DANDY,<br><br>    Defendant. | Case No.  23-cv-06508-WHA<br><br>**NOTICE OF APPEARANCE OF REED LYON FOR PLAINTIFF YELP INC.** |

PLEASE TAKE NOTICE that Reed Lyon of Yelp Inc. hereby enters an appearance as counsel for Plaintiff Yelp Inc. Mr. Lyon is a member in good standing of the California State Bar and admitted to practice before this Court. Mr. Lyon's contact information is as follows:

Reed Lyon
Yelp Inc.
350 Mission Street 10th Floor
San Francisco, CA 94105
Telephone: (415) 289-9170
Email: reedlyon@yelp.com

DATED: February 21, 2024

By: /s/   Reed Lyon
     Reed Lyon

Attorneys for Plaintiff
Yelp Inc.