1  JAMES DAIRE (S.B.N. 239637)
   REED LYON (S.B.N. 288361)
2  YELP INC.
3  350 Mission St. 10th Floor
   San Francisco, CA 94105
4  Telephone: (415) 908-3801
   Facsimile: (415) 615-0809
5  Email:     jdaire@yelp.com
6  Email:     reedlyon@yelp.com

7  Attorney for Plaintiff
   YELP INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP INC., a Delaware corporation, | CASE NO: 23-cv-6508-WHA |
| Plaintiff, | |
| v. | **PLAINTIFF YELP INC.'S OPPOSITION TO DEFENDANT REVIEWVIO INC. d/b/a DANDY'S MOTION TO DISMISS AS MOOT** |
| REVIEWVIO INC. d/b/a DANDY, | |
| Defendant. | Judge: Hon. William H. Alsup |
| | Date: April 11, 2024 |
| | Time: 8:00 am |
| | Dept: Courtroom 12 |

On February 23, 2024, Defendant Reviewvio Inc. d/b/a Dandy filed a motion to dismiss Plaintiff Yelp Inc.'s complaint pursuant to Federal Rules of Civil 9(b) and 12(b)(6). ECF No. 15. On March 1, 2024, Yelp filed an amended complaint. ECF No. 19. Under Federal Rule of Civil Procedure 15(a)(1), a party "may amend its pleading once as a matter of course" within 21 days after that pleading is served, or 21 days after service of a responsive pleading or motion under Rule 12. "[T]he general rule is that an amended complaint supercedes the original complaint and renders it without legal effect . . . ." *Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). As no prior amended complaints have been filed here, Yelp had the right to file an amended complaint as a matter of course under Rule 15(a). And, since Reviewvio's motion is based on the superceded complaint, the appropriate outcome is to deny the motion as moot.

DATED: MARCH 8, 2024          RESPECTFULLY SUBMITTED,

                              YELP INC.


                               /s/ James Daire
                              JAMES DAIRE
                              Attorney for Plaintiff
                              YELP INC.

1 JAMES DAIRE (S.B.N. 239637)
REED LYON (S.B.N. 288361)
2 YELP INC.
3 350 Mission St. 10th Floor
San Francisco, CA 94105
4 Telephone: (415) 908-3801
Facsimile: (415) 615-0809
5 Email:        jdaire@yelp.com
Email:        reedlyon@yelp.com
6

7 Attorney for Plaintiff
YELP INC.

8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11

| YELP INC., a Delaware corporation, | CASE NO: 23-cv-6508-WHA |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER DENYING MOTION TO DISMISS (ECF NO. 15) AS MOOT** |
| REVIEWVIO INC. d/b/a DANDY, | |
| Defendant. | |

On February 23, 2024, Defendant Reviewvio Inc. d/b/a Dandy filed a motion to dismiss Plaintiff Yelp Inc.'s complaint pursuant to Federal Rules of Civil 9(b) and 12(b)(6). ECF No. 15. On March 1, 2024, Yelp filed an amended complaint. ECF No. 19. Under Federal Rule of Civil Procedure 15(a)(1), a party "may amend its pleading once as a matter of course" within 21 days after that pleading is served, or 21 days after service of a responsive pleading or motion under Rule 12. "[T]he general rule is that an amended complaint supercedes the original complaint and renders it without legal effect . . . ." *Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). As no prior amended complaints have been filed here, Yelp had the right to file an amended complaint as a matter of course under Rule 15(a). And, since Reviewvio's motion is based on the superceded complaint, the Court **DENIES** the motion as moot.

**IT IS SO ORDERED.**

DATED: March 19, 2024

_____
The Honorable William Alsup
SENIOR UNITED STATES DISTRICT JUDGE