UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YELP INC.,

    Plaintiff,

v.

REVIEWVIO INC.,

    Defendant.

No. C 23-06508 WHA

**ORDER GRANTING STIPULATED DISMISSAL**

Parties stipulated to dismissal with prejudice to ReviewVio, Inc., subject to the Court retaining jurisdiction (Dkt. No. 55). Upon advice of parties (Dkt. No. 60), the Court orders:

The motion to seal (Dkt. No. 58) is **GRANTED.** Parties shall file the agreement as redacted onto the docket **BY OCTOBER 11, 2024.** Sealing is warranted on these facts and posture (*see* Dkt. No. 59 at 3:27–4:2); the Court retains jurisdiction over the care of its files. *See Brennan v. Opus Bank*, 796 F.3d 1125, 1134 (9th Cir. 2015).

The stipulated dismissal with prejudice to ReviewVio (Dkt. No. 55) is **GRANTED.** The Court retains jurisdiction to enforce the agreement to the extent consistent with competition on the merits. Counsel for parties shall advise the Court whether retaining jurisdiction remains necessary beyond the first of two years by filing a joint statement on or before **JUNE 11, 2025.**

**IT IS SO ORDERED.**

Date: October 1, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE