UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YELP INC.,

        Plaintiff,

  v.

REVIEWVIO INC.,

        Defendant.

No. C 23-06508 WHA

**FINAL JUDGMENT**

For the reasons stated in the accompanying order dismissing the case (Dkt. No. 61), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Yelp Inc. and against defendant ReviewVio Inc. Although the Court will retain jurisdiction for purposes of enforcing the settlement (*see ibid.*), the Clerk **SHALL CLOSE THE FILE.**

    **IT IS SO ORDERED.**

Date: October 1, 2024.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE